UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>JOCELYN M. MURPHY; MICHAEL S. MURPHY,<br><br>　　　　Defendants-Appellants,<br><br>　and<br><br>RICHARD C. GOUNAUD; RMR ASSET MANAGEMENT COMPANY; BRUCE A. BROEKHUIZEN; DOUGLAS J. DERRYBERRY; DAVID R. FROST; NEIL P. KELLY; JOHN M. KIRSCHENBAUM; DAVID S. LUTTBEG; TIMOTHY J. MCALOON; RALPH M. RICCARDI; DEWEY T. TRAN; PHILIP A. WEINER,<br><br>　　　　Defendants. | No.　21-55178, 21-55180<br><br>D.C. No. 3:18-cv-01895-AJB-LL Southern District of California, San Diego<br><br>ORDER |

Before: LEE and BRESS, Circuit Judges, and FITZWATER,[*] District Judge.

　　Judges Bress and Lee voted to deny Richard Gounaud's petition for rehearing en banc [Dkt. 62]. Judge Fitzwater recommended denying the petition

---

　　[*]　The Honorable Sidney A. Fitzwater, United States District Judge for the Northern District of Texas, sitting by designation.

2

for rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for rehearing en banc is DENIED.

2