UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 02 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>JOCELYN M. MURPHY and MICHAEL S. MURPHY,<br><br>        Defendants - Appellants,<br><br> and<br><br>RICHARD C. GOUNAUD; et al.,<br><br>        Defendants. | No. 21-55178<br><br>D.C. No. 3:18-cv-01895-AJB-LL<br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |
| U.S. SECURITIES & EXCHANGE COMMISSION,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>RICHARD C. GOUNAUD,<br><br>        Defendant - Appellant,<br><br> and | No. 21-55180<br><br>D.C. No. 3:18-cv-01895-AJB-LL<br>U.S. District Court for Southern California, San Diego |

JOCELYN M. MURPHY; et al.,

        Defendants.

The judgment of this Court, entered October 04, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7